# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Hatikvah International Academy Charter School v. East Brunswick Township Board of Education, et al.

APPEAL FROM DISTRICT COURT:
District: New Jersey
D.C. Docket No.: 20-2382
Date proceedings initiated in D.C.: 03/04/2020
Date Notice of Appeal filed: 05/28/2020
USCA No.: 20-2083

## COUNSEL ON APPEAL

**Appellant(s)**:
Name of Counsel: Thomas Johnston
Name of Party(ies): Hatikvah International Academy Charter School
Address: 151 Forest Street, Suite A, Montclair NJ 07042
Telephone No.: (973) 447-4610
Fax No.: (973) 447-4611
E-mail: tjohnston@johnstonlawfirmllc.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Jodi S. Howlett
Name of Party(ies): East Brunswick Township Board of Education
Address: 955 State Rt. 34, Suite 200, Matawan, NJ 07747
Telephone No.: (732) 583-7474
Fax No.: (732) 290-0753
E-mail: jhowlett@cgajlaw.com

Name of Counsel: Michael I. Inzelbuch (Intent to oppose currently not known)
Name of Party(ies): A.K. and R.K. o/b/o H.K.
Address: 1340 West County Line Road, Lakewood, New Jersey 08701
Telephone No.: (732) 905-0325
Fax No.: (732) 905-5872
E-mail: michael@inzelbuchlaw.com

Is this a Cross-Appeal?  Yes ☐  No ☑
Appeals Docket No.:

Was there a previous appeal in case?  Yes ☐  No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?　　Yes ✓　　No ☐
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
　　Yes ☐　　No ✓

If you answered yes to either "a" or "b" please provide:
Case Name: East Brunswick Township BOE v. A.K. and R.K. o/b/o H.K. and Hatikvah International Charter School
D.C. Docket No.: 20-2382
Court or Agency: New Jersey Office of Administrative Law
Docket Number: EDS 16805-2019 S
Citation, if reported: _____

## NATURE OF SUIT
(Check as many as apply)

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
✓ OTHER Specify: 20 U.S.C. 1400 et al. I.D.E.A.

2. TORTS
☐ ADMIRALTY
☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify: _____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify: _____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify: _____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify: _____
☐ OTHER Specify: _____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 9 day of June, 20 20.

Signature of Counsel: _/s/_____