

MONTCLAIR, NJ   NEW YORK, NY

THOMAS O. JOHNSTON
tjohnston@johnstonlawfirmllc.com
Member NJ and NY Bars

October 16, 2020

**VIA ELECTRONIC FILING**

U.S. Court of Appeals for the 3rd Circuit
Office of the Clerk
Attn: Stephanie, Case Manager
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    *Hatikvah International Academy Charter School v. East Brunswick Township Board of Education, et al.*
            USCA No. 20-2083

Dear Madam:

    We are counsel to appellant Hatikvah International Academy Charter School ("Hatikvah") in the above action. On October 2, 2020, we obtained the court's verbal consent for a two-week extension of time to file appellant's brief and appendix to October 19, 2020.

    We are contacting the court to respectfully request another two week extension. The necessity for this request arose yesterday, upon a key employee of our firm directly responsible for the brief filing finding out that she has to quarantine after an immediate family member was diagnosed with COVID-19. Moreover, I have been attending to sudden family medical issues this week. The other counsel of record have graciously consented to this request.

    Thank you for your kind understanding.

                              Respectfully,

                              Thomas O. Johnston

Cc:    **VIA ELECTRONIC FILING**
        Michael I. Inzelbuch, Esq.
        Jodi S. Howlett, Esq.